IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE LEE GREEN, JR.,** : | |
| Plaintiff, : | |
| vs. : | |
| : | CIVIL ACTION 11-0717-CG-M |
| **CONSUMER MORTGAGE COMPANY,** : | |
| **INC. and JOHN W. HALL,** : | |
| Defendants. : | |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Defendants' Motion to Dismiss (Doc. 20) be GRANTED and that this action be DISMISSED.

DONE and ORDERED this 3rd day of July, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE