IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE LEE GREEN, JR., : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 11-0717-CG-M |
| CONSUMER MORTGAGE COMPANY, : INC. and JOHN W. HALL, : | |
| Defendants. : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT is entered in favor of Defendants Consumer Mortgage Company, Inc. and John W. Hall and against Plaintiff Willie Lee Green, Jr.

DONE and ORDERED this 3rd day of July, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE